UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| JASON/JENNA HANSEN,<br><br>Plaintiff,<br><br>vs.<br><br>CORY NELSON, BEHAVIORAL HEALTH (MENTAL) CARE PROVIDER, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; BRENT FLUKE, WARDEN, MIKE DURFEE STATE PRISON (REPLACEMENT FOR ROBERT DOOLEY), IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; NANCY CHRISTENSEN, HARMON HALL UNIT MANAGER, IN HER INDIVIDUAL AND OFFICIAL CAPACITY; DEB EILERS, HARMON HALL UNIT COORDINATOR, IN HER INDIVIDUAL AND OFFICIAL CAPACITY; SAM BADURE, UNIT MANAGER AND PREA COMPLIANCE MANAGER, IN HER INDIVIDUAL AND OFFICIAL CAPACITY; KEN VANMEVEREN, PREA COORDINATOR, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; JUSTIN HAWK, SD DEPT. OF CORRECTIONS LIEUTENANT AND PREA INVESTIGATOR, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; CATHY WYNIA, DEPT. OF CORRECTIONS LIEUTENANT AND PREA INVESTIGATOR, IN HER INDIVIDUAL AND OFFICIAL CAPACITY; RICK LESLIE, DIRECTOR OF CLASSIFACTION, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; TROY ELLIS, UNIT MANAGER, SD STATE PENTITENTIARY, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; DEREK EKEREN, UNIT COORDINATOR, SD STATE PENITENTIARY, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; DARIN YOUNG, WARDEN, SD STATE | 4:19-CV-04019-KES<br><br><br>ORDER DISMISSING MOTIONS WITHOUT PREJUDICE AND GRANTING MOTION TO EXTEND |

1

|  |  |
|---|---|
| PENITENTIARY, AND DEPT. OF CORRECTIONS DIRECTOR OF OPERATIONS, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; DENNIS KAEMINGK, DEPT. OF CORRECTIONS SECRETARY, RETIRED, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; ROBERT DOOLEY, WARDEN, MIKE DURFEE STATE PRISON, DEPT. OF CORRECTIONS DIRECTOR OF OPERATIONS, RETIRED, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; MIKE LEIDHOLD, DEPT. OF CORRECTIONS SECRETARY, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; HEATHER BOWERS, SD DEPT. OF HEALTH CORRECTIONAL HEALTH SERVICES CLINICAL SUPERVISOR, IN HER INDIVIDUAL AND OFFICIAL CAPACITY; JENNY ENGLAND, BH SUPERVISOR, SD STATE PENTIENTIARY, IN HER INDIVIDUAL AND OFFICIAL CAPACITY; TIFFANY WOLFGANG, ADMINISTRATOR, DEPT. OF CORRECTIONS BH, IN HER INDIVIDUAL AND OFFICIAL CAPACITY; CHRIS TURBAK, BH CLINICIAN, SD STATE PENTITENTIARY, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; AND KAYLA THELEN, BH SUPERVISOR, IN HER INDIVIDUAL AND OFFICIAL CAPACITY,<br><br>             Defendants. |  |

The court held a telephonic status hearing on December 21, 2020. Accordingly, it is

ORDERED that plaintiff's motion for partial summary judgment (Docket 68), defendants' motion for summary judgment (Docket 77), plaintiff's motion to strike (Docket 96), and plaintiff's amended motion to strike (Docket 102) are dismissed

without prejudice. The parties may refile the motions in the future when they want to bring the issues before the court.

It is FURTHER ORDERED that the unopposed motion to amend the scheduling order (Docket 110) is granted. All discovery, including expert discovery, shall be commenced in time to be completed by Monday, May 17, 2021.

Dated December 21, 2020.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE