UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| JASON/JENNA HANSEN,<br><br>Plaintiff,<br><br>v.<br><br>SAM BADURE, KEN VANMEVEREN, JUSTIN HAWK, CATHY WYNIA, RICK LESLIE, TROY ELLIS, DEREK EKEREN, DARIN YOUNG, DEB EILERS, NANCY CHRISTENSEN, ROBERT DOOLEY, BRENT FLUKE, DENNIS KAEMINGK, MIKE LEIDHOLT, HEATHER BOWERS, CORY NELSON, CHRIS TURBAK, KAYLEN THELEN, JENNY ENGLAND, and TIFFANY WOLFGANG, in their official and individual capacities,<br><br>Defendants. | 4:19-cv-4019-KES<br><br>[~~PROPOSED~~] JUDGMENT OF DISMISSAL |

Based on the Stipulation for Dismissal,

IT IS HEREBY ORDERED that

(1) the above-entitled action is dismissed with prejudice and without costs, expenses, or fees to any party; and

(2) the Court shall retain jurisdiction to resolve any disputes arising out of or related to the Settlement Agreement and Release between the parties.

Dated this _10th_ day of _March_, 2020.

BY THE COURT:

_/s/ Karen E. Schreier_
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE