Honorable Judge Mrs. Karen E. Schreier　　　　　　　　　　September 28, 2021
United States District Court
400 S. Phillips Ave. #233
Sioux Falls, S.D. 57104

Honorable Judge Mrs. Karen E. Schreier,

    I am writing you about my lack of treatment from the state. I was given a settlement Agreement from the state for equality & treatment for gender dysphoria. They are not honoring this so what is the next step that I need to take? I am sorry for this suit being drawn out for so long. Do we have to back to court or can you force them to comply with the settlement conditions? Do I need to reapply for a legal rep. or will the one that was appointed be reappointed? Lawyer Name: Timothy W. Billion

    Thanks for your time on this matter. Please contact me on any direction I need to take.

Jenna L. Hansen #12538
P.O. Box 5911
Sioux Falls, S.D.
57117-5911　　　　　　　　　　　　　　　　Sincerely, Jenna L. Hansen

                                                                 *[signature: Jenna L. Hansen]*

Jenna L. Harson

**DEPARTMENT OF CORRECTIONS**
**STATE PENITENTIARY**
P.O. Box 5911
Sioux Falls, SD 57117-5911
*Address Service Requested*

SIOUX FALLS SD 570 NEOPOST          FIRST-CLASS MAIL
29 SEP 2021 PM 2 L    09/28/2021
                      US POSTAGE $000.53⁰



ZIP 57104
041M11461503

Honorable Judge Mrs. Karen E. Schreier
United States District Court
400 S. Phillips Ave. #233
Sioux Falls, SD
57104

57104-684899